IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JAMES L. SEARIGHT, et al.,** ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | Civil Case No. 2:10-cv-00907 |
| ) | |
| **JACK JONES, et al.,** ) | |
| ) | |
| *Defendants.* ) | |

### JOINT STIPULATION OF DISMISSAL *WITH PREJUDICE*

**COMES NOW** the Plaintiffs and Defendants Jack Jones, Jack Jones Enterprises, LLC, Jack Jones Income Tax Service, and J and J Fast Tax Service, by and through each Party's respective attorney, and stipulate that any and all claims and/or counterclaims by and between these Parties are hereby due to be dismissed, with prejudice, with costs, expenses and fees taxed as paid.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Anthony B. Bush certifies that he has the express permission and agreement of Fred Bell, Esquire, attorney for the referenced Defendants, to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

**RESPECTFULLY SUBMITTED** this 3rd day of June, 2011.

/s/ **Anthony B. Bush**
Anthony Brian Bush, Esq.
Bar Id.: ASB-7306-A54B
LEWIS, BUSH & FAULK, LLC

1

P.O. Box 5059 (36103)
*The Bailey Building*
400 South Union Street, Suite 230
Montgomery, Alabama 36104
Phone:         (334) 263-7733
Facsimile:     (334) 832-4390
Email: anthonybbush@yahoo.com
*Counsel for Plaintiffs*

**/s/ Fred Bell**
Fred Frank Bell, Esq.
P.O. Box 331
Hayneville, Alabama 36040-0331
*Counsel for the Referenced Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that I have served a true and accurate copy of the foregoing document upon the following via United States Postal Mail, properly addressed and postage prepaid, this Court's CM/ECF electronic filing system which send electronic notification, or email on this the 3rd day of June, 2011:

Dorothy McCrae
615 West Patton Avenue
Montgomery, Alabama 36105

Fred Frank Bell, Esquire.
P.O. Box 331
Hayneville, Alabama 36040-0331

/s/ Anthony B. Bush
Of Counsel
